PHILLIP A. TALBERT
United States Attorney
CODY S. CHAPPLE
Assistant United States Attorney
2500 Tulare Street, Suite 4401
Fresno, CA 93721
Telephone: (559) 497-4000
Facsimile: (559) 497-4099

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | CASE NO. 1:17-MJ-00016-SKO |
|---|---|
| Plaintiff, | |
| v. | **ORDER TO DISMISS COMPLAINT** |
| ERIC PREE, | |
| Defendant. | |

Pursuant to Federal Rule of Criminal Procedure 48(a), and based on the government's Motion to Dismiss, IT IS HEREBY ORDERED that the complaint in the above-entitled case against ERIC PREE is DISMISSED WITHOUT PREJUDICE.

Dated: October 21, 2024

_____
HON. BARBARA A. MCAULIFFE
UNITED STATES MAGISTRATE JUDGE